**Order filed December 8, 2011.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-10-01267-CV
_____

**SUNNY ORIEH, Appellant**

**V.**

**CITI PROP HOLDING, INC. f/k/a LIQUIDATION PROPERTIES, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 971,412**

---

## O R D E R

Appellant's brief was originally due March 31, 2011**.** Appellant was granted an extension of time to file her brief until June 20, 2011. No brief or further motion for extension of time was filed. Therefore, on July 14, 2011, this court ordered appellant to file a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before August 5, 2011, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). On August 5, 2011, appellant filed a motion for extension of time to file her brief. The court granted appellant's extension request until October 5, 2011, and advised appellant that no further extensions would be granted.

No brief was filed, but on October 6, 2011, appellant requested a further extension of time to file the brief, which was granted until November 4, 2011.   To date, no brief or further motion has been filed.

Unless appellant files a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before **December 20, 2011**, the court will dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).   **No further extensions of time will be granted absent exceptional circumstances.**

PER CURIAM